UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TASHA ROOKS,<br><br>Defendant. | 5:24-CR-50054-KES<br><br>ORDER ADOPTING REPORT & RECOMMENDATION AND SCHEDULING ORDER |

On February 11, 2026, defendant, Tasha Rooks, appeared before Magistrate Judge Daneta Wollmann for a change of plea hearing. On February 23, 2026, Magistrate Judge Wollmann issued an amended report recommending the court accept defendant's plea of guilty to the Indictment that charges her with with Conspiracy to Distribute a Controlled Substance, in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A). Docket 274. Both parties waived any objection to the report and recommendation.

After a de novo review of the record, it is

ORDERED that the amended report and recommendation (Docket 274) is adopted. The defendant is adjudged guilty of Conspiracy to Distribute a Controlled Substance, in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A). It is

FURTHER ORDERED that the sentencing hearing in this matter will be on May 8, 2026, at 11:00 a.m. in Rapid City, Courtroom 2.

Dated February 24, 2026.

BY THE COURT:

*/s/ Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE